# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>**Information associated with Facebook User ID 100003755161053 that is stored at premises controlled by Facebook Inc., headquartered at 1601 Willow Road, Menlo Park, CA 94025** | )<br>)<br>)<br>)<br>)<br>) | Case No. 3:19-MJ-2059 |

**FILED**
2019 APR 18 A 9 32
U.S. DISTRICT COURT
EASTERN DIST. TENN.
_____ DEPT. CLERK

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the _____Northern_____ District of _____California_____ *(identify the person or describe property to be searched and give its location)*:

**Information associated with Facebook User ID 100003755161053 that is stored at premises controlled by Facebook Inc., headquartered at 1601 Willow Road, Menlo Park, CA 94025, more fully described in Attachment A.**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

**See Attachment B**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☒ evidence of a crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☒ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of 18 U.S.C. § 841(a)(1), 841(b)(1)(C), and the application is based on these facts: **See attached affidavit of Special Agent Glen Blaché, DHS-HSI which is attached hereto and fully incorporated herein.**

- ☐ Continued on the attached sheet.

- Delayed notice ____ days (give exact ending date if more than 30 _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Glen Blaché, Special Agent DHS-HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4-10-19

*Judge's signature*

City and state: Knoxville, Tennessee  H. Bruce Guyton, U.S. Magistrate Judge
*Printed name and title*